**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Fermin CAMPOS–LOPEZ,
Defendant—Appellant.**

**No. 01–10511.**

**D.C. No. CR–01–00580–MHM.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.*

Decided July 29, 2002.

Before BROWNING, KOZINSKI, and
BERZON, Circuit Judges.

MEMORANDUM **

Fermin Campos–Lopez appeals his
guilty plea conviction and the 57–month
sentence imposed for illegal re-entry after
deportation, in violation of 8 U.S.C.
§ 1326. Campos–Lopez's attorney has
moved to withdraw pursuant to *Anders v.
California,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), on the ground that the
appeal presents no arguable issues.

As part of his plea agreement, Campos–
Lopez waived his right to appeal the judg-

ment and sentence. Because he received a
sentence consistent with the plea agree-
ment, and there is no evidence that the
waiver of the right to appeal was not
knowing or was not voluntary, we enforce
the waiver and dismiss the appeal. *United
States v. Aguilar–Muniz,* 156 F.3d 974,
976 (9th Cir.1998).

Because our independent review of the
record discloses no arguable issues, coun-
sel's motion to withdraw is granted and
the appeal is

DISMISSED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument.
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.